**In the Matter of the Care and Treatment of Charles MACE a/k/a Charles W. Mace, a/k/a Charles Wesley Mace, Appellant**

v.

**STATE of Missouri, Respondent.**

**No. WD 75691.**

Missouri Court of Appeals, Western District.

March 11, 2014.

Erika Eliason, Columbia, MO, for appellant.

Jennifer Rodewald, Jefferson City, MO, for respondent. .

Before Division Four JAMES EDWARD WELSH, C.J., JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM:

Charles W. Mace appeals the circuit court's judgment committing him to the custody of the Department of Mental Health as a sexually violent predator. We affirm. Rule 84.16(b).